Jesse Ortiz (SBN 176450)
jesse@jesseortizlaw.com
Nolan Berggren (SBN 293248)
nolan@jesseortizlaw.com
**Ortiz Law Group, PC**
1510 J Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 443-9500
Facsimile: (916) 443-9501

Attorney for Plaintiffs DEREK L. BLUFORD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. BLUFORD, | **CASE NO: 2:18-cv-00321-TLN-EFB** |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER** |
| BMW OF SALEM; SANTANDER CONSUMER USA, INC.; and DOES 1 to 100, | |
| Defendants. | |

　　IT IS HEREBY STIPULATED and agreed, pursuant to Fed.R.Civ.P 41(a), by and between Plaintiff DEREK BLUFORD and Defendants SALEM-B, LLC dba BMW OF SALEM (erroneously sued as "BMW of Salem") and SANTANDER CONSUMER USA, INC., by and through their attorneys of record, that this action as to Defendant SALEM-B, LLC dba BMW OF SALEM (erroneously sued as "BMW of Salem") be dismissed in its entirety

with prejudice; and that this action as to Defendant SANTANDER CONSUMER USA, INC. be dismissed in its entirety without prejudice.

    IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

**ORTIZ LAW GROUP, PC**

DATED: May 23, 2019    By: /s/ *Jesse Ortiz*
    JESSE ORTIZ
    Attorneys for Plaintiff
    DEREK L. BLUFORD

**YU | MOHANDESI LLP**

DATED: May 22, 2019    By: /s/ *Brett Goodman (as authorized 5/22/19)*
    BRETT B. GOODMAN
    Attorneys for Defendant
    Santander Consumer USA Inc.

**LEACH & MCGREEVY, LLP**

DATED: May 23, 2019    By: /s/ *Rick McGreevy (as authorized 5/23/19)*
    RICHARD E. MCGREEVY
    BRIAN LEACH
    Attorneys for Defendant
    Salem-B, LLC dba BMW of Salem

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____    _____
    TROY L. NUNLEY
    UNITED STATES DISTRICT JUDGE